UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JERRY SHEPPARD (01), )<br>)<br>Defendant. ) | Cause No. 1:20-cr-00233-JMS-TAB |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Mario Garcia's Report and Recommendation dkt [76] recommending that Jerry Sheppard's supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Garcia's Report and Recommendation dkt [76]. The Court finds that Mr. Sheppard committed Violation Number 1 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* dkt [65]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Sheppard is sentenced to the custody of the Attorney General or his designee for a period of fifteen (15) months and with no supervised release to follow. The Court further recommends FMC Lexington.

Date: 11/27/2024

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system